IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01826-RPM-DLW

OUT LANDISH, LLC, and
DURANGO MALL LLC,

    Plaintiffs,

v.

BRINKER RESTAURANT CORPORATION,

    Defendant.

---

## ORDER OF DISMISSAL

---

    Pursuant to the Stipulation for Dismissal with Prejudice [21] filed on May 2, 2008, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    Dated: May 5, 1008

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge